1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ANTHONY DANIELSON
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorneys for Defendant
8  DANIEL BROADNAX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-MJ-294-KJN-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | COURT TRIAL |
| | ) | |
| DANIEL BROADNAX, | ) | |
| | ) | Date: October 24, 2011 |
| Defendant. | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Kendall J. Newman |
| | ) | |

The United States Attorney through his respective counsel, David Petersen, Special Assistant United States Attorney, and Linda Harter, Attorney for Defendant DANIEL BROADNAX, hereby stipulate to continue the court trial set for Monday, October 24, 2011 at 9:00am.

///

///

///

///

///

The defendant is charged under 18 U.S.C. § 13 with violation of California Vehicle Code 12500(a) - Driving without a License, a Class B Misdemeanor, and is currently working to resolve issues with Richmond Traffic Court in re-acquiring his license. Both parties anticipate a resolution of this matter upon the defendant becoming licensed.

Accordingly, the parties jointly request that a new trial date be set for Monday, December 19, 2011 at 9:00am.

Dated: October 19, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
DANIEL BROADNAX

Dated: October 19, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ David Petersen
DAVID PETERSEN
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE