| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | LINDA HARTER, #179741 |
| | Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | ANTHONY DANIELSON |
| 4 | Certified Student Attorney |
| | 801 I Street, 3rd Floor |
| 5 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorneys for Defendant
DANIEL BROADNAX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-MJ-294-KJN-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO VACATE |
| v. | ) | COURT TRIAL DATE AND SET CHANGE OF |
| | ) | PLEA |
| DANIEL BROADNAX, | ) | |
| | ) | |
| Defendant. | ) | Date: December 19, 2011 |
| | ) | Time: 9:00 A.M. |
| _____ | ) | Judge: Hon. Kendall J. Newman |

The United States Attorney through his respective counsel, David Petersen, Special Assistant United States Attorney, and Linda Harter, Attorney for Defendant DANIEL BROADNAX, hereby stipulate to vacate the court trial set for Monday, December 19, 2011 at 9:00am and set a change of plea for Wednesday, January 11, 2012 at 9:00am.

///

///

///

The defendant is charged under 18 U.S.C. § 13 with violation of California Vehicle Code 12500(a) - Driving without a License, a Class B Misdemeanor. Both parties have agreed on the essential terms of a guilty plea to resolve this case, however, due to a scheduling conflict, attorney for defendant will not be available on December 19. Accordingly, the parties jointly request that a change of plea be set for Wednesday, January 11, 2012 at 9:00am.

Dated: December 12, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
DANIEL BROADNAX

Dated: October 19, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ David Petersen
DAVID PETERSEN
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: December 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE