DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ANTHONY DANIELSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DANIEL BROADNAX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-MJ-00294-KJN |
| Plaintiff, | |
| v. | STIPULATION FOR CONTINUANCE OF CHANGE OF PLEA |
| DANIEL BROADNAX, | |
| Defendant. | Date: January 11, 2012<br>Time: 9:00 A.M.<br>Judge: Hon. Kendall J. Newman |

The United States Attorney through his respective counsel, David Petersen, Special Assistant United States Attorney, and Linda Harter, Attorney for Defendant, DANIEL BROADNAX, hereby stipulate to vacate the change of plea set for Wednesday, January 11, 2012 at 9:00 a.m., and set a change of plea for Wednesday, January 18, 2012 at 9:00 am.

The defendant is charged under 18 U.S.C. § 13 with violation of California Vehicle Code § 12500(a) - Driving without a License, a Class B Misdemeanor. All parties have agreed to terms of a guilty plea to resolve this case, however, due to a personal emergency, the defendant cannot be physically present

in court on January 11.  Accordingly, the parties jointly request that a change of plea be set for Wednesday, January 18, 2012 at 9:00am.

DATED: January 10, 2012

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney

DATED: January 10, 2012

/s/ David Petersen
DAVID PETERSEN
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE